UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLEN S. WEST, JR., ET AL | CIVIL ACTION |
| VERSUS | NUMBER: 13-640 |
| MARK J. DEDINSKY, ET AL | SECTION: "J" (2) |

**J U D G M E N T**

This case came on for jury trial on March 9, 2015 - March 11, 2015 before District Judge Carl J. Barbier.

Considering the answers of the jury to the interrogatories propounded by the Court at the trial of this matter; and further considering the direction of the Court as to entry of judgment, accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Defendants Mark J. Dedinsky and Louisiana Medical Mutual Insurance Company, and against Plaintiffs Allen S. West, Jr. and Anne West Hummel, dismissing Plaintiffs' suit with prejudice.

Dated at New Orleans, Louisiana, this __16th__ day of MARCH, 2015.

_____
UNITED STATES DISTRICT JUDGE